*E-FILED 04-02-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEARL GUMMO, | No. C10-00536 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| RUMSON, BOLLING & ASSOCIATES, | |
| Defendant. | |

The court is informed that the parties have reached a settlement. In light of the settlement, all scheduled dates and appearances have been vacated.

**On or before May 21, 2010**, plaintiff shall file a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **June 8, 2010, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). Plaintiff shall file a statement in response to this Order to Show Cause **no later than June 1, 2010**. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff need not file a statement in response to this Order.

1     SO ORDERED.

2 Dated:   April 2, 2010

3  

4                                      HOWARD R. LLOYD
                                     UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:10-cv-00536-HRL Notice has been electronically mailed to:

2  G. Thomas Martin , III    tmartin@consumerlawcenter.com,
   akrohn@consumerlawcenter.com, kwright@consumerlawcenter.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have
   not registered for e-filing under the court's CM/ECF program.