*E-FILED 06-08-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEARL GUMMO, | No. C10-00536 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SANCTIONS** |
| RUMSON, BOLLING & ASSOCIATES, | |
| Defendant. | |

On April 2, 2010, the court issued an order to show cause why this case should not be dismissed in view of the parties' settlement. Plaintiff was directed to file a voluntary dismissal by May 21, 2010. If a dismissal was not filed by that date, then plaintiff was ordered to file a show cause response by June 1, 2010 and to appear for a show cause hearing on June 8, 2010. No dismissal was filed by the specified date; and, plaintiff failed to file a show cause response and failed to appear for the show cause hearing. Accordingly,

Plaintiff's counsel, G. Thomas Martin III, shall appear in person on **June 15, 2010, 10:00 a.m.** in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 and show cause why, if any, he should not be sanctioned for the failure to comply with this court's April 2, 2010 order.

Dated: June 8, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:10-cv-00536-HRL Notice has been electronically mailed to:

2   G. Thomas Martin , III   tmartin@consumerlawcenter.com, akrohn@consumerlawcenter.com, Courtfiling@consumerlawcenter.com

4   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California

2