*E-FILED 06-11-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEARL GUMMO, | No. C10-00536 HRL |
| Plaintiff, | |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE RE SANCTIONS** |
| RUMSON, BOLLING & ASSOCIATES, | |
| Defendant. | |

On June 8, 2010, this court issued an order to show cause why plaintiff's counsel should not be sanctioned for the failure to comply with this court's April 2, 2010 order. The court has reviewed counsel's response to the show cause order. The court does not condone the failures acknowledged in that response. Nevertheless, in view of plaintiff's voluntary dismissal of this action, the June 8, 2010 show cause order re sanctions will be discharged and no sanctions will issue. The June 15, 2010 show cause hearing is vacated. The case shall be closed pursuant to plaintiff's voluntary dismissal.

SO ORDERED.

Dated: June 11, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-00536-HRL Notice has been electronically mailed to:

G. Thomas Martin , III    tmartin@consumerlawcenter.com, akrohn@consumerlawcenter.com, Courtfiling@consumerlawcenter.com

Mahadhi Corzano    mcorzano@consumerlawcenter.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.